DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.B.,**
Appellant,

v.

**FLORIDA AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D2023-1126

[January 11, 2024]

Appeal from the Florida Agency for Persons with Disabilities, 20F-07349.

Nancy E. Wright, Gainesville, for appellant.

Carrie B. McNamara, Deputy General Counsel of Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***